STATE OF CONNECTICUT *v.* SAMUEL DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 717 (AC 21965), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly enhanced the defendant's sentence for each qualifying felony?"

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16790.

*Alice Osedach-Powers,* assistant public defender, in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided July 2, 2002